UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR TAGLE,<br><br>        Plaintiff,<br>v.<br><br>STATE OF NEVADA, *et. al.*,<br><br>        Defendants. | Case No. 3:17-cv-00510-MMD-WGC<br><br>ORDER REGARDING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 3) ("R&R" or "Recommendation") relating Plaintiff's application to proceed *in forma pauperis*. Plaintiff timely filed his objections to the R&R on September 6, 2017 (ECF Nos. 4, 5).[1]

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

In light of Plaintiff's objections, the Court has engaged in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's recommendation. The Magistrate Judge correctly found that the Court has dismissed civil actions initiated by Plaintiff in at

---

[1] Plaintiff filed two objections that appear almost identical. (ECF Nos. 4, 5.)

least three cases, and that Plaintiff's proposed complaint does not plausibly allege he is under imminent danger or serious physical injuries. (ECF No. 3 at 2.) Accordingly, the Magistrate Judge recommends denying Plaintiff's application to proceed *in forma pauperis*. Upon reviewing the Recommendation and the proposed complaint, this Court finds good cause to adopt the Magistrate Judge's Recommendation in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied. Plaintiff must pay the full filing fee within thirty (30) days. Plaintiff's failure to do so will result in dismissal of this action.

DATED THIS 23rd day of October 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE